IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| SAMUEL PENDERGRASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-031 |
| ) | |
| KOCHELLE WATSON, Warden; ) | |
| WILLIE CARR, Assistant Warden of Security; ) | |
| CHABARA DAVIS-BRAGG, Deputy ) | |
| Warden of Care and Treatment; ) | |
| MRS. BLAIR, Head Counselor; ) | |
| MRS. B. THOMAS, Behavioral Counselor III; ) | |
| MRS. HUDSON, Behavioral Counselor II; ) | |
| MRS. CUNNINGHAM, First Shift Captain; ) | |
| MRS. HARRIS, Shift Sergeant; ) | |
| MS. DENSON, Shift Sergeant; ) | |
| MRS. TUCKER, Sergeant; ) | |
| MRS. THOMAS, J-Building Sergeant; ) | |
| MR. JAMES, CERT Officer; ) | |
| MR. BURTON, CERT Officer; ) | |
| MR. HIGHMEAN, CERT Sergeant; ) | |
| MS. WHITE, Correctional Officer; and ) | |
| MRS. MOORE, Correctional Officer, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _8th_ day of August, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE